Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone:  (415) 563-7200
Facsimile :  (415) 346-0679
Email: malioto@tatp.com
laurenrussel@tatp.com

Attorneys for Plaintiff Bongo Burger, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BONGO BURGER, INC., on behalf of itself and all others similarly situated,<br><br>                  Plaintiff.<br><br>    v.<br><br>TECUMSEH PRODUCTS COMPANY; TECUMSEH COMPRESSOR COMPANY; TECUMSEH DO BRASIL, LTDA.; TECUMSEH DO BRASIL USA,LLC; DANFOSS A/S; DANFOSS, INC.; DANFOSS COMMERCIAL COMPRESSORS, LTD.; DANFOSS SCROLL TECHNOLOGIES, LLC; DANFOSS TURBOCOR COMPRESSORS, INC.; DANFOSS COMPRESSOR, LLC; WHIRLPOOL CORPORATION; WHIRLPOOL, S.A.; EMBRACO NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; APPLIANCES COMPONENTS COMPANIES, SpA., ACC USA, LLC, EMERSON CLIMATE TECHNOLOGIES, INC.; COPELAND CORPORATION, LLC; CR COMPRESSORS LLC; AND SCROLL COMPRESSORS LLC,<br><br>                  Defendants. | Case No.  3:09-cv-01836-MMC<br><br>ORDER APPROVING<br><br>**STIPULATION** ~~AND [PROPOSED] ORDER~~ **FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

Currently pending before the United States Judicial Panel on Multidistrict Litigation ("JPML") are motions filed pursuant to 28 U.S.C. § 1407 to consolidate related civil actions for pretrial proceedings (the "Related Actions"). In light of the proceedings before the JPML, and subject to the Court's approval, plaintiff Bongo Burger, Inc. ("Plaintiff") and defendants Tecumseh Products Company, Tecumseh Compressors Company, Danfoss Commercial Compressors, Ltd., Danfoss, Inc., Danfoss Scroll Technologies, LLC, Danfoss Turbocor Compressors, Inc., Danfoss Compressors, LLC, Whirlpool Corporation, Embraco North America, Inc., ACC USA LLC, Panasonic Corporation of North America, Emerson Climate Technologies, Inc., Copeland Corporation, LLC, CR Compressors, LLC, and Scroll Compressors LLC (collectively "Stipulating Defendants"), by and through their undersigned counsel, stipulate:

(1)     If the JPML transfers all related civil actions to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Stipulating Defendants shall, as permitted by Federal Rule 12, answer, move or otherwise plead in response to the complaint in the above captioned action (the "Complaint") within 45 days after: (a) the plaintiffs in the consolidated actions serve a consolidated amended complaint on behalf of the putative class of plaintiffs included in this action, or (b) the plaintiffs in the consolidated actions, filed on behalf of the putative class of plaintiffs included in this action, serve notice that they will not file a consolidated amended complaint.

(2)     If the JPML denies the motions to transfer all related civil actions to a single district for coordinated or consolidated pretrial proceedings, the Stipulating Defendants shall, as permitted by Federal Rule 12, answer, move or otherwise plead in response to the Complaint within 45 days after service of the JPML ruling.

2

(3)     If all plaintiffs in the Related Actions agree to consolidate all related civil actions in a single district and withdraw the pending motions before the JPML, and the Stipulating Defendants, or any of them, have not and do not file their own motions to transfer the Related Actions to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Stipulating Defendants shall, as permitted by Rule 12, answer, move or otherwise plead in response to the Complaint within 45 days after:  (a) the plaintiffs in the consolidated actions file a consolidated amended complaint on behalf of the putative class of plaintiffs included in this action, or (b) the plaintiffs in the consolidated actions, filed on behalf of the putative class of plaintiffs included in this action, serve notice that they will not file a consolidated amended complaint.

(4)     Notwithstanding paragraphs (1), (2), or (3), if any Stipulating Defendant files an answer or other responsive pleading in any of the Related Actions before the date required by this stipulation, such Stipulating Defendant will concurrently file its answer or responsive pleading in this matter.

(5)     The defense counsel identified below agree to accept service on behalf of the Stipulating Defendants they represent of the summons and the complaint in this matter, and Stipulating Defendants shall not contest the sufficiency of process or service of process.  Plaintiff and the Stipulating Defendants further stipulate and agree that the entry into this stipulation by the Stipulating Defendants shall not constitute a waiver of any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, a waiver of any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any other statutory or common law defenses that may be available to the Stipulating Defendants in this and the other Related Actions.  The Stipulating Defendants expressly reserve their rights to raise any such defenses in response to either the current Complaint or any amended complaint that may be filed relating to this action.

STIPULATED PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT, Case No. 3:09-cv-01836

(6)     Plaintiff further agrees that this extension is available, without further stipulation with counsel for Plaintiff, to all named defendants who notify Plaintiff in writing of their intention to join this Stipulation.

**IT IS SO STIPULATED**

Dated: May 21st, 2009

| TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP | GLYNN & FINLEY, LLP |
|---|---|
| By: *s/ Mario N. Alioto*<br>    Mario N. Alioto (56433)<br>    Lauren C. Russell (241151)<br>    2280 Union Street<br>    San Francisco, CA 94123<br>    Telephone : (415) 563-7200<br>    Facsimile :  (415) 346-0679<br>    Email: malioto@tatp.com;<br>          laurenrussell@tatp.com<br><br>    Joseph M. Patane (72202)<br>    LAW OFFICES OF JOSEPH M. PATANE<br>    2280 Union Street<br>    San Francisco, CA 94123<br>    Telephone : (415) 563-7200<br>    Facsimile :  (415) 346-0679<br>    Email: jpatane@tatp.com<br><br>    Sherman Kassof (66383)<br>    LAW OFFICES OF SHERMAN KASSOF<br>    954 Risa Road, Suite B<br>    Lafayette, CA 94549<br>    Telephone : (510) 652-2554<br>    Facsimile :  (510) 652-9308<br>    Email: heevay@att.net<br><br><br>*Counsel for Plaintiff Bongo Burger, Inc.* | By:  *s/* Clement L. Glynn<br>    Clement L. Glynn (57117)<br>    100 Pringle Avenue, Suite 500<br>    Walnut Creek, CA 94596<br>    Telephone : (925) 210-2801<br>    Facsimile :  (925) 945-1975<br>    Email : cglynn@glynnfinley.com<br><br>    Leah Brannon<br>    CLEARY GOTTLIEB STEEN &<br>    HAMILTON LLP<br>    2000 Pennsylvania Avenue, NW<br>    Washington, DC  20006<br><br>*Counsel for Defendants Whirlpool Corporation and Embraco North America, Inc.* |

STIPULATED PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT, Case No. 3:09-cv-01836

| | |
|---|---|
| SQUIRE, SANDERS & DEMPSEY LLP | DEWEY & LEBOUEF LLP |
| By: _s/_Julia E. Schwartz<br>    Julie E. Schwartz (260624)<br>    1 Maritime Plaza, Suite 300<br>    San Francisco, CA 94111<br>    Telephone:  (415) 954-0200<br>    Facsimile:  (415) 393-9887<br>    Email: jeschwartz@ssd.com<br><br>    Edward A. Geltman<br>    Suite 500<br>    1201 Pennsylvania Avenue, N.W.<br>    Washington, District of Columbia  20004 | By: _s/_John E. Schreiber<br>    John E. Schreiber (261558)<br>    333 South Grand Avenue Suite 2600<br>    Los Angeles, CA 90071<br>    Telephone:  (213) 621-6370<br>    Facsimile.  (213) 621-6100<br>    Email: jschreiber@dl.com<br><br>    A. Paul Victor<br>    Jeffrey L. Kessler<br>    Adam J. Kaiser<br>    DEWEY & LEBOUEF LLP<br>    1301 Avenue of the Americas<br>    New York, NY 10019-6092 |
| *Counsel for Defendants Tecumseh Products*<br>*Company and Tecumseh Compressor Company* | *Counsel for Defendant Panasonic*<br>*Corporation of North America* |
| GREENBERG TRAURIG LLP | REED SMITH LLP |
| By _s/_ Cindy Hamilton<br>    Cindy Hamilton (217951)<br>    1900 University Avenue, Fifth Floor<br>    East Palo Alto, CA 94303<br>    Telephone:  (650) 328-8500<br>    Facsimile:  (650) 328-8508<br>    Email: hamiltonc@gtlaw.com<br><br>    Allan Van Fleet<br>    1000 Louisiana Street, Suite 1700<br>    Houston, TX 77002<br>    Telephone:  (713) 374-3500<br>    Facsimile:  (713) 374-3505 | By _s/_ David S. Reidy<br>    David S. Reidy (225904)<br>    Two Embarcadero Center<br>    Suite 2000<br>    San Francisco, CA 94111<br>    Telephone:  (415) 659-5933<br>    Facsimilie:  (415) 391-8269<br>    Email:  dreidy@reedsmith.com<br><br>    James Andriola<br>    REED SMITH LLP<br>    599 Lexington Avenue<br>    New York, NY 10022<br>    Telephone:  (212) 205-6003<br>    Facsimilie:  (212) 521-5450<br>    Email:  jandriola@reedsmith.com |
| *Counsel for ACC USA LLC* | *Counsel for Defendants Danfoss*<br>*Commercial Compressors, Ltd., Danfoss,*<br>*Inc., Danfoss Scroll Technologies, LLC,*<br>*Danfoss Turbocor Compressors, Inc.,*<br>*Danfoss Compressors LLC* |

STIPULATED PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT, Case
No. 3:09-cv-01836

HENNELLY & GROSSFELD


By s/  Michael G. King
    Michael G. King
    4640 Admiralty Way
    Suite 850
    Marina Del Rey, CA 90292
    Telephone: (310) 305-2100
    Facsimile:  (310) 305-2116


    Kenneth J. McIntyre
    Dickinson Wright PLLC
    500 Woodward Avenue, Suite 4000
    Detroit, MI  48226


*Counsel for Defendants Emerson Climate*
*Technologies, Inc., Copeland Corporation LLC, CR*
*Compressors, LLC, and Scroll Compressors, LLC*


## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Clement L. Glynn, attest that concurrence in the filing of this document has been properly obtained from the above signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of May, 2009, in Walnut Creek, California.


            /s/ Clement L. Glynn

1

2

3

4

5

6

7

8

9

## ~~PROPOSED~~ ORDER

10

PURSUANT TO STIPULATION, , AND GOOD CAUSE THEREFOR APPEARING,  IT IS

11

SO <u>ORDERED</u>:

12

13

Date: May 22, 2009

14

Honorable Maxine M. Chesney
United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT, Case
No. 3:09-cv-01836