CLEMENT L. GYLNN  (57117)
GLYNN & FINLEY, LLP
100 Pringle Avenue, Suite 500
Walnut Creek, California 94596
Telephone:     (415) 398-6000
Facsimile:     (415) 981-0136
cglynn@glynnfinley.com

Counsel for Defendants
WHIRLPOOL CORPORATION,
EMBRACO NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONGO BURGER, INC., on behalf of itself and all others similarly situated,<br><br>                Plaintiff.<br><br>v.<br><br>TECUMSEH PRODUCTS COMPANY; TECUMSEH COMPRESSOR COMPANY; TECUMSEH DO BRASIL, LTDA.; TECUMSEH DO BRASIL USA,LLC; DANFOSS A/S; DANFOSS, INC.; DANFOSS COMMERCIAL COMPRESSORS, LTD.; DANFOSS SCROLL TECHNOLOGIES, LLC; DANFOSS TURBOCOR COMPRESSORS, INC.; DANFOSS COMPRESSOR, LLC; WHIRLPOOL CORPORATION; WHIRLPOOL, S.A.; EMBRACO NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; APPLIANCES COMPONENTS COMPANIES, SpA., ACC USA, LLC, EMERSON CLIMATE TECHNOLOGIES, INC.; COPELAND CORPORATION, LLC; CR COMPRESSORS LLC; AND SCROLL COMPRESSORS LLC,<br><br>                Defendants. | Case No. 3:09-cv-01836-MMC<br><br>[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING DETERMINATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION OF MOTIONS TO TRANSFER PURSUANT TO 28 U.S.C. § 1407 |

[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF — CASE NO. 3:09-CV-01836-MMC

**~~PROPOSED~~ ORDER**

The Court finds that issuing a stay of all further proceedings in this matter, pending resolution by the JPML of several motions for transfer and consolidation, would avoid "unnecessarily duplicative litigation, an inefficient use of judicial resources, and the risk of inconsistent results." *Bogard v. Merck & Co., Inc.*, No. C-06-6917 SC, 2007 U.S. Dist. LEXIS 12343, at *3 (N.D. Cal. Feb. 7, 2007) (citation omitted).

For good cause shown and based on CERTAIN DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING DETERMINATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION OF MOTIONS TO TRANSFER PUSUANT TO 28 U.S.C. § 1407, filed May 29, 2009, the Court hereby grants the moving defendants' unopposed request for stay.

IT IS HEREBY ORDERED that:

This proceeding is stayed pending ~~transfer of this action~~ determination by the Judicial Panel for Multidistrict Litigation, as to whether the above-titled action should be transferred.

If, as of July 31, 2009, the action has not been transferred, the parties are hereby DIRECTED to file a Joint Status Report no later than 10 days thereafter.

**IT IS SO ORDERED**

Dated: June 29, 2009

_____
Hon. Maxine M. Chesney
United States District Judge

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF — CASE NO. 3:09-CV-01836-MMC