A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Jul 06, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Filed: 07/06/09**
**U.S. District Court**
**East Dist. of MI Detroit**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Jun 17, 2009**

FILED
CLERK'S OFFICE

IN RE: REFRIGERANT COMPRESSORS
ANTITRUST LITIGATION

MDL No. 2042

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 9, 2009, the Panel transferred three civil actions to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  See _F.Supp.2d (J.P.M.L. 2009).  With the consent of that court, all such actions have been assigned to the Honorable Sean F. Cox.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Cox.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of June 9, 2009, and, with the consent of that court, assigned to the Honorable Sean F. Cox.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jul 06, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

_Jeffery N. Lüthi_
Clerk of the Panel

I hereby certify that the foregoing is a true copy of the original on file in this office.

**Clerk, U.S. District Court**
**Eastern District of Michigan**

By _Sarah Schoenherr_
Deputy Clerk

IN RE: REFRIGERANT COMPRESSORS
ANTITRUST LITIGATION                                                                    MDL No. 2042

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 09-1717 | Maria Gounaris v. Tecumseh Products Co., et al. | 09-12641 |
| CAN | 3 | 09-1836 | Bongo Burger, Inc. v. Tecumseh Products Co., et al. | 09-12642 |
| **DISTRICT OF COLUMBIA** | | | | |
| DC | 1 | 09-532 | Burritt Appliance Service v. Tecumseh Products Co., et al. | 09-12643 |
| **MARYLAND** | | | | |
| MD | 1 | 09-618 | Follett Corp. v. Tecumseh Products Co., et al. | 09-12644 |
| MD | 1 | 09-641 | American Industrial Contractors, Inc. v. Danfoss A/S, et al. | 09-12645 |
| MD | 1 | 09-655 | Wettstein & Sons, Inc., etc. v. Tecumseh Products, Co., et al. | 09-12646 |
| MD | 1 | 09-676 | Seatrade International Co. v. Tecumseh Products Co., et al. | 09-13647 |
| MD | 1 | 09-736 | Wilma Francis v. Tecumseh Products Co., et al. | 09-12648 |
| MD | 1 | 09-807 | Friedhaber's v. Whirlpool Corp., et al. | 09-13649 |
| MD | 1 | 09-834 | Distinctive Companies, Ltd. v. Tecumseh Products Co., et al. | 09-12650 |
| MD | 1 | 09-1104 | Victoria Winslow, et al. v. Appliances Components Companies, SpA, et al. | 09-12651 |
| MD | 1 | 09-1205 | AAA Refrigeration & Air Conditioning, Inc. v. Tecumseh Products Co., et al. | 09-12652 |
| **NEW JERSEY** | | | | |
| NJ | 2 | 09-994 | Appliance Parts Distributors, Inc. v. Tecumseh Products Co., et al. | 09-12653 |
| NJ | 2 | 09-1122 | The Mitchell Co., Inc. v. Tecumseh Products Co., et al. | 09-12654 |
| NJ | 2 | 09-1135 | Appliance Towne, Inc. v. Tecumseh Products, Co., et al. | 09-12655 |
| NJ | 2 | 09-1436 | South Texas Ventilation Heating & Air Conditioning v. Panasonic Corp., et al. | 09-12656 |
| NJ | 2 | 09-1574 | John Lucido, etc. v. Tecumseh Products Co., et al. | 09-12657 |
| NJ | 2 | 09-1578 | Beatrice Scannapieco v. Tecumseh Products Co., et al. | 09-12658 |
| NJ | 2 | 09-1719 | Amy Gunnett, etc. v. Tecumseh Products Co., et al. | 09-12660 |
| NJ | 2 | 09-2175 | B&B Remodeling & Foundation, LLC v. Panasonic Corp., et al. | 09-12661 |
| **NEW YORK SOUTHERN** | | | | |
| NYS | 1 | 09-2830 | Altered Air, Inc. v. Tecumseh Products Co., et al. | 09-12662 |
| **OHIO SOUTHERN** | | | | |
| OHS | 1 | 09-157 | Cincinnnati Sub-Zero Products, Inc., et al. v. Tecumseh Products Co., et al. | 09-12663 |
| **PENNSYLVANIA EASTERN** | | | | |
| PAE | 2 | 09-1082 | DC&H Mechanics, Inc. v. Tecumseh Products Co., et al. | 09-12664 |